06-CV-05314-ORD

FILED ___ LODGED
___ RECEIVED

AUG 3 0 2007

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

The Honorable Ronald B. Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| PATRICK M. TASSONI, <br><br> Plaintiff, <br><br> v. <br><br> TROOPER WOODS (Badge # 789), individually and in his capacity as a Trooper of the Washington State Patrol, and JANE DOE WOODS, and the marital community thereof; TROOPER BAKER, individually and in his capacity as a Trooper of the Washington State Patrol, and JANE DOE BAKER, and the marital community thereof; TROOPER MATHESON, individually and in his capacity as a Trooper of the Washington State Patrol, and JANE DOE MATHESON, and the marital community thereof; EDWARD G. HOLM, in his capacity as Deputy Prosecutor for Thurston County, and JANE DOE HOLM, and the marital community thereof; ROMMEL DE LAS ALAS, in his capacity as Deputy Prosecutor for <br> // <br> // <br> // <br> // <br> // | NO. C06-5314RBL <br><br> STIPULATION AND ORDER OF DISMISSAL AS TO WSP DEFENDANTS |

STIPULATION AND ORDER OF
DISMISSAL AS TO WSP
DEFENDANTS

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

1  Thurston County, and JANE DOE DE LAS ALAS, and the marital community
2  thereof; COUNTY OF THURSTON; DOES 1-100; STATE OF
3  WASHINGTON; DOES 1-100,

4      Defendants.

6      IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Patrick M. Tassoni, acting by and through David S. Engle, of The Jones and Ferrell Law Group, PS, and the Washington State Patrol Defendants (WSP Defendants) Trooper Woods, Jane Doe Woods, Trooper Baker, Jane Doe Baker, Trooper Matheson, and Jane Doe Matheson, acting by and through Robert M. McKenna, Attorney General, and Jeffrey D. Stier, Assistant Attorney General, that the above-entitled action as to WSP Defendants Trooper Woods, Jane Doe Woods, Trooper Baker, Jane Doe Baker, Trooper Matheson, and Jane Doe Matheson may be dismissed with prejudice and without costs, this matter having been fully settled and compromised between the Plaintiff and WSP Defendants.

    DATED this 21st day of August, 2007.

ROBERT M. MCKENNA
Attorney General


/s/ Jeffrey D. Stier
JEFFREY D. STIER, WSBA #6911
Assistant Attorney General
Attorneys for Defendants

The Jones and Ferrell Law Group, PS


/s/ David S. Engle
DAVID S. ENGLE, WSBA No. 21935
Attorneys for Plaintiff

STIPULATION AND ORDER OF DISMISSAL AS TO WSP DEFENDANTS     2     ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

## ORDER DISMISSING WSP DEFENDANTS

THIS MATTER having come before the undersigned judge of the above-entitled Court, based on the foregoing stipulation, now, therefore,

IT IS HEREBY ORDERED That Washington State Patrol (WSP) Defendants Trooper Woods, Jane Doe Woods, Trooper Baker, Jane Doe Baker, Trooper Matheson, and Jane Doe Matheson are hereby dismissed from the above-entitled action with prejudice and without costs or interest to any party.

DONE IN OPEN COURT this 30th day of August, 2007.

HONORABLE RONALD B. LEIGHTON

Presented by:

ROBERT M. MCKENNA
Attorney General

/s/ Jeffrey D. Stier
JEFFREY D. STIER, WSBA No. 6911
Assistant Attorney General
Attorneys for Defendants

Approved as to Form and
Notice of Presentation Waived:

The Jones and Ferrell Law Group, PS

/s/ David S. Engle
DAVID S. ENGLE, WSBA No. 21935
Attorneys for Plaintiff
STIPULATION AND ORDER OF DISMISSAL AS TO WSP DEFENDANTS — 3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300